IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BASAVARAJ A. HOOLI,

    Plaintiff,

v.                                          4:12cv135-WS

PRESBYTERIAN HOSPITAL,
et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed May 2, 2012.  The magistrate judge recommends that the plaintiff's case be dismissed for lack of venue, for lack of personal jurisdiction, and for failure to state a claim upon which relief may be granted.  Although the plaintiff asked for and was granted an extension of time to file objections, the plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference in this order.

    2.  The plaintiff's complaint, and this action, are hereby DISMISSED.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this    11th    day of     July    , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE